Keith THOMAS, Plaintiff—Appellant,

v.

**WARDEN, FEDERAL DETENTION CENTER IN ALEXANDRIA,** Defendant—Appellee.

Keith Thomas, Plaintiff—Appellant,

v.

**John Doe, standby counsel of the 20th highjacker Mr. Moussaoui,** Defendant—Appellee.

No. 05–6623, 05–6624.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 30, 2005.

Keith Thomas, Appellant Pro Se.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Keith Thomas appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaints for failing to state a claim. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thomas v. Warden,* CA–05–247–1 (E.D.Va., Mar. 16, 2005); *Thomas v. Doe,* CA–05–265–1 (E.D.Va., Mar. 22, 2005). We deny Thomas' motion for injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*